## Commonwealth *v.* Lott, Appellant.

Submitted March 20, 1967. *William Lott,* appellant, in propria persona; *Robert J. F. Brobyn* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.